Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gypsie Jones, | Case No. 06cv1045 WQH (BLM) |
| Plaintiff, | |
| vs. | **Joint Motion and Order thereon allowing Plaintiff to Appear Telephonically at the Settlement Conference** |
| San Diego Sheraton Corporation, et al., | |
| Defendants. | Date:  January 12, 2007<br>Time:  8:30 a.m.<br>Ctrm:  1185 |

On December 18, 2006, the parties were served with the Minutes of the United States District Court Southern California setting Settlement Conference for this instant action.   The conference is currently scheduled for January 12, 2007.

Plaintiff Gypsie Jones is pregnant and has been ordered by her doctor not to travel.  Because Plaintiff is unable to travel, the parties request that Plaintiff be allowed to appear telephonically at the Settlement Conference.  Plaintiff's counsel shall still appear personally for the Conference.

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that Plaintiff be allowed to appear telephonically at the Settlement Conference.

Dated: January 9, 2007		DISABLED ADVOCACY GROUP, APLC

		/s/ *Lynn Hubbard, Esquire*            /
		Lynn Hubbard, III
		Attorney for Plaintiff

Dated: January 9, 2007		WHITE AND OLIVER


		/s/ *Robert Gallagher, Esquire*            /
		Robert Gallagher
		Attorney for Defendants


ORDER THEREON

IT IS SO ORDERED

Dated:  January 10, 2007		_____
		Honorable Ruben B Brookes,
		U.S. Magistrate Judge

*Jones v. Sheraton et al.*, Case No. 06cv1045 DMS (RBB)
Joint Motion and Order allowing Plaintiff to Appear Telephonically

- 2 -